UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 21-CV-61306-WPD

JOHN ALBERICO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

On June 28, 2021, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 4]. On July 1, 2021, a Notice of Pending Settlement With Respect to Defendant Equifax Information Services, LLC was filed. *See* [DE 14]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **July 22, 2021**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record