UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-61306-WPD

JOHN ALBERICO,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
and TRANS UNION, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On July 19, 2021, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 21]. On September 3, 2021, a Joint Notice of Settlement was filed, stating that Plaintiff John Alberico and Defendant Trans Union LLC have settled all claims between them in this matter. *See* [DE 30]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **September 24, 2021**, Plaintiff John Alberico and Defendant Trans Union LLC shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record